1

2

3

4                         UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                      * * *

7    ROCK HALL,                               Case No. 2:16-cv-00117-MMD-PAL

8                          Plaintiff,                    ORDER

         v.
9

10   LIBERTY    MUTUAL    INSURANCE
     COMPANY,
11
                           Defendant.
12

13          This matter is before the court on Plaintiff's failure to file a Certificate as to Interested

14   Parties as required by LR 7.1-1.  The complaint in this matter was filed in state court and

15   removed (Dkt. #1) to federal district court January 21, 2016.  Defendant filed an Answer (Dkt.

16   #11) April 8, 2016.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except

17   habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the

18   disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms,

19   partnerships or corporations (including parent corporations) which have a direct, pecuniary

20   interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known

21   interested parties other than those participating in the case, a statement to that effect must be

22   filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification

23   upon any change in the information that this rule requires.  To date, Plaintiff has failed to

24   comply.  Accordingly,

25   / / /

26   / / /

27   / / /

28   / / /

                                             1

1    **IT IS ORDERED** Plaintiff shall file his certificate of interested parties, which fully

2  complies with LR 7.1-1 **no later than May 16, 2016.**   Failure to comply may result in the

3  issuance of an order to show cause why sanctions should not be imposed.

4    DATED this 2nd day of May, 2016.

5

6    _____

7    PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28